No. 323. MITCHELL ET AL. *v.* OTTINGER, RECEIVER. October 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.

*Messrs. Walter B. Gibbons* and *John Martin Doyle* for petitioners. No appearance for respondent.